

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2021

No. 04-21-00204-CV

**IN RE** Leah Ann **DILL**, D.O. and Nitya Surgical Association, PLLC, Relators

Original Proceeding[1]

**ORDER**

Relators' unopposed motion to dismiss is GRANTED. We DISMISS this original proceeding. As requested by the motion, costs are taxed against the party incurring the same.

It is so **ORDERED** on June 2, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2021.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI15801 pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.